Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com

Attorney for Defendant Lane Bryant Brands Opco, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELENE PETERSON and ERIKA SCHAFFNER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANE BRYANT BRANDS OPCO, LLC,<br><br>Defendant. | Case No. 3:25-cv-10947-LB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>Complaint Filed: December 23, 2025 |

Pursuant to Northern District Court's Civil Local Rule 6-1(a), Plaintiffs Shelene Peterson and Erika Schaffner, individually and on behalf of others similarly situated ("Plaintiffs"), and Defendant Lane Bryant Brands Opco, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to respond to Plaintiffs' Complaint in the above-captioned action is extended for a total of thirty (30) days from January 27, 2026 to and including February 26, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint because additional time will allow Defendant to properly evaluate Plaintiffs' allegations and prepare an appropriate response. The Parties submit this request in good faith and not for the purpose of delay. Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response shall be due February 26, 2026.

The Parties further stipulate and request that should Defendant file a Motion to Dismiss in response to the Complaint, the Parties briefing of said Motion shall be pursuant to code.

Dated: January 26, 2026					Respectfully submitted,

							*/s/ Meegan B. Brooks*
							Stephanie Sheridan (CA 135910)
							Meegan B. Brooks (CA 298570)
							BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

							*Attorney for Defendant Lane Bryant Brands Opco, LLC*

Dated: January 26, 2026					*/s/ Simon C. Franzini*
							Simon Carlo Franzini (CA 287631)
							DOVEL & LUNER, LLP

							*Attorneys for Plaintiffs Shelene Peterson and Erika Schaffner*

**SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1(i)(3), I, Meegan B. Brooks, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

                                       *s/ Meegan B. Brooks*
                                       Meegan B. Brooks